UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-80185-Rosenberg/Reinhart

18 U.S.C. § 1343
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

v.

ELIZABETH GENNA SUAREZ,
   f/k/a "Elizabeth Mirson Suit,"

   Defendant.
_____/

FILED BY ___SP___ D.C.

Nov 30, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Information:

1. Piper's Angels Foundation Inc. ("Piper's Angels") was a Florida non-profit corporation that was incorporated in or around 2016. Piper's Angels was formed exclusively for charitable purposes, namely, to support individuals diagnosed with cystic fibrosis and their families.

2. On or about October 20, 2018, the defendant, **ELIZABETH GENNA SUAREZ, f/k/a "Elizabeth Mirson Suit,"** married Individual #1, the founder of Piper's Angels. At the time, Individual #1 was the CEO of Piper's Angels.

3. Individual #1 held multiple personal accounts at Bank of America, N.A. ("Bank of America"), a financial institution that operated in interstate and foreign commerce, including the credit card account ending 5481.

4. Piper's Angels held multiple accounts at Bank of America, including a checking

account ending 4810, a checking account ending 5561, and a savings account ending 6412. Individual #1, as the CEO/Executive Director of Piper's Angels, had access to the Piper's Angels accounts at Bank of America and could access both his personal accounts and the Piper's Angels accounts through Bank of America's banking website and mobile application.

## COUNTS 1-4
## Wire Fraud
## (18 U.S.C. § 1343)

1.  Paragraphs 1-4 of the General Allegations section of this Information are realleged and incorporated fully herein by reference.

2.  From on or about August 29, 2018, through on or about November 7, 2019, in Palm Beach and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**ELIZABETH GENNA SUAREZ,**
f/k/a "Elizabeth Mirson Suit,"

did knowingly, and with intent to defraud, devise and intend to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that they were false and fraudulent when made, and transmit and cause to be transmitted in interstate commerce, by means of wire communication, certain writings, signs, signals, pictures, and sounds, for the purpose of executing the scheme and artifice.

### Purpose of the Scheme and Artifice

3.  It was the purpose of the scheme and artifice for the defendant to unlawfully enrich herself by misappropriating funds controlled by Piper's Angels for her personal use and benefit.

### The Scheme and Artifice

4.  In or around August 2018, the exact date being unknown to the United States Attorney, the defendant, **ELIZABETH GENNA SUAREZ, f/k/a "Elizabeth Mirson Suit,"**

obtained control of all accounts controlled by her and Individual #1, either individually or jointly, by claiming that she would handle the household finances she shared with Individual #1. Because both Individual #1 and Piper's Angels held accounts at Bank of America, the defendant, **ELIZABETH GENNA SUAREZ, f/k/a "Elizabeth Mirson Suit,"** thereby obtained access to the Piper's Angels checking accounts at Bank of America through Individual #1's online access to his accounts.

5. In or around 2019, the exact date being unknown to the United States Attorney, the defendant, **ELIZABETH GENNA SUAREZ, f/k/a "Elizabeth Mirson Suit,"** became a member of the Board of Directors of Piper's Angels. At or around the same time, the defendant, **ELIZABETH GENNA SUAREZ, f/k/a "Elizabeth Mirson Suit,"** convinced Piper's Angels to give her a corporate credit card issued by JPMorgan Chase Bank, N.A. ("Chase Bank"). Piper's Angels intended for the card to be used only for purchases to execute Piper's Angels' charitable purposes. The credit card was assigned to "Elizabeth Suit" with associated card number ending 4974.

6. At or around the same time, the defendant, **ELIZABETH GENNA SUAREZ, f/k/a "Elizabeth Mirson Suit,"** offered to perform the bookkeeping services for Piper's Angels and thereby gained access to a new bookkeeping software platform used by Piper's Angels. The bookkeeping software included a comment section to identify and categorize expenditures.

7. The defendant, **ELIZABETH GENNA SUAREZ, f/k/a "Elizabeth Mirson Suit,"** used Chase Bank credit card ending 4974 to make multiple purchases for her own use and benefit, including an advance payment for cosmetic surgery, sunglasses, jewelry, and auto improvements. To conceal these credit card purchases from Piper's Angels, the defendant, **ELIZABETH GENNA SUAREZ, f/k/a "Elizabeth Mirson Suit,"** falsified the comment

sections in the software program used by Piper's Angels to conduct its bookkeeping so that the purchases would appear to be legitimate purchases in furtherance of Piper's Angels' charitable purpose.

8. Using her access to the Bank of America accounts gained through her representations to Individual #1, the defendant, **ELIZABETH GENNA SUAREZ, f/k/a "Elizabeth Mirson Suit,"** paid Bank of America personal credit card account ending 5481 with the operating funds of Piper's Angels. The defendant concealed these payments by breaking up payments into multiple payments each month.

9. The defendant, **ELIZABETH GENNA SUAREZ, f/k/a "Elizabeth Mirson Suit,"** obtained blank checks associated with the Piper's Angels Bank of America checking account ending 5561, which were pre-signed by Individual #1 and intended only to be used for Piper's Angels and in the case of emergency. The defendant filled in the blank portions of the check, making the checks payable to herself. In order to conceal her activity from Piper's Angels, the defendant, **ELIZABETH GENNA SUAREZ, f/k/a "Elizabeth Mirson Suit,"** falsely indicated in the checks' respective memorandum lines that the payments were for the "prize $" and "purse prize" of an annual contest operated by Piper's Angels as its major fundraiser. The defendant, **ELIZABETH GENNA SUAREZ, f/k/a "Elizabeth Mirson Suit,"** then cashed these checks and misappropriated the funds to herself.

10. The defendant, **ELIZABETH GENNA SUAREZ, f/k/a "Elizabeth Mirson Suit,"** obtained access to the Bank of America debit card linked to the Piper's Angels checking account ending 5561 and used the debit card to make multiple purchases for her own personal use and benefit, including a payment of $3,315.95 to purchase a new mattress for her residence.

11. In total, the defendant, **ELIZABETH GENNA SUAREZ, f/k/a "Elizabeth

**Mirson Suit,"** misappropriated approximately $158,960 for her own personal use and benefit.

### Use of the Wires

12. On or about the dates specified as to each count below, in Palm Beach and Broward Counties, in the Southern District of Florida, and elsewhere, for the purpose of executing the above-described scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, the defendant,

**ELIZABETH GENNA SUAREZ,**
f/k/a "Elizabeth Mirson Suit,"

did knowingly transmit and cause to be transmitted by means of wire communication, in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, as more particularly described in each count below:

| COUNT | APPROX. DATE | USE OF WIRES |
|---|---|---|
| 1 | July 18, 2019 | Credit card purchase using Chase Bank credit card ending 4974 in the amount of $8,000 from Center for Facial Restoration in Miramar, Florida |
| 2 | July 31, 2019 | Credit card purchase using Chase Bank credit card ending 4974 in the amount of $1,680.25 from New Age Dermatology, Inc. in West Palm Beach, Florida |
| 3 | July 31, 2019 | Credit card purchase using Chase Bank credit card ending 4974 in the amount of $188.17 from Billabong in West Palm Beach, Florida |
| 4 | July 31, 2019 | Credit card purchase using Chase Bank credit card ending 4974 in the amount of $802.50 from Hamilton Jewelers in Palm Beach, Florida |

In violation of Title 18, United States Code, Section 1343.

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ELIZABETH GENNA SUAREZ, f/k/a "Elizabeth Mirson Suit,"** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1343, as alleged in this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

_[signature]_
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_[signature]_
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 22-cr-80185-Rosenberg/Reinhart

v.

ELIZABETH GENNA SUAREZ,
f/k/a "Elizabeth Mirson Suit"
_____/

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☑ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take  5  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)
   - I   ☑ 0 to 5 days
   - II  ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                       Case No.

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                       Case No.

9. Defendant(s) in federal custody as of

10. Defendant(s) in state custody as of

11. Rule 20 from the                  District of

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
Alexandra Chase
Assistant United States Attorney
Court ID No.   A5501746

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: ELIZABETH GENNA SUAREZ, f/k/a "Elizabeth Mirson Suit"

**Case No**: 22-cr-80185-Rosenberg/Reinhart

Count #: 1-4

Wire fraud

18 U.S.C. § 1343
* Max. Term of Imprisonment: 20 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000 or twice the gross gain or loss, whichever greater

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 22-cr-80185-Rosenberg/Reinhart

### BOND RECOMMENDATION

DEFENDANT: ELIZABETH GENNA SUAREZ

$100,000 Personal Surety Bond

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA: Alexandra Chase

Last Known Address: West Palm Beach, Florida

What Facility:

Agent(s): Marc Gervasi, FBI

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 22-cr-80185-Rosenberg/Reinhart |
| ELIZABETH GENNA SUAREZ, f/k/a Elizabeth Mirson Suit | ) ) ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/01/2022

*Defendant's signature*

*Signature of defendant's attorney*

Gregg S. Lerman, Esq.
*Printed name of defendant's attorney*

*Judge's signature*

Hon. Ryon M. McCabe, U.S. Magistrate Judge
*Judge's printed name and title*