UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80185-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )
ELIZABETH GENNA SUAREZ,     )
    f/k/a "Elizabeth Mirson Suit,"  )
                            )
Defendant.                  )
_____ )

## VERDICT

### Count 1

We, the Jury, find the Defendant, Elizabeth Genna Suarez, as to Count 1 of the Information, wire fraud in violation of 18 U.S.C. § 1343:

     __✗__    Guilty

     _____    Not Guilty

### Count 2

We, the Jury, find the Defendant, Elizabeth Genna Suarez, as to Count 2 of the Information, wire fraud in violation of 18 U.S.C. § 1343:

     __✗__    Guilty

     _____    Not Guilty

### Count 3

We, the Jury, find the Defendant, Elizabeth Genna Suarez, as to Count 3 of the Information, wire fraud in violation of 18 U.S.C. § 1343:

     _____    Guilty

     __✗__    Not Guilty

**Count 4**

We, the Jury, find the Defendant, Elizabeth Genna Suarez, as to Count 4 of the Information, wire fraud in violation of 18 U.S.C. § 1343:

    __X__    Guilty

    _____    Not Guilty

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, West Palm Beach, Florida, this __1__ day of __February__, 2023.

_____    _____
Foreperson's Signature    Foreperson's Printed Name