February 21, 2023

To whom this may concern,

My name is Sebastian Cila. I'm a retired Staff Sergeant in the United States Army, having served with the first Calvary division out of Fort Hood, TX, worked in special army operations and am a Purple Heart recipient. I have known Elizabeth Suarez for the better part of 10 years now. On a personal level, we are close friends, and on a professional level, we have worked on many projects together. Elizabeth Suarez, it's one of the most amazing women I've ever met. Driven, passionate, and most importantly, selfless.

Elizabeth has helped me through many challenging times in the past 7 to 10 years. She talked me off the ledge when I was dealing with depression and anxiety due to PTSD. She was always someone I could count on to be there, never judged, listened, and always said the perfect thing that made me approach situations differently. I was also close with Liz during her divorce from Travis Suit. No matter what was happening, saving her marriage was a priority, and she never lost sight of the nonprofit they ran together, continuing to put others first and serve her community. As Travis' drug use increased, his lies started to come out and his personality changed, Elizabeth finally had no choice but to follow through with a divorce. I've never seen a woman fight so hard to save a clearly damaged marriage.

It was shortly after her serving Travis with divorce papers in 2019 that Elizabeth confided in me regarding the accusations being brought upon her and the money being demanded from her and her family through threats. Travis and Piper's Angels Foundation were extorting her and her father for money that they would not provide proof was her responsibly for. I advised her not to pay it until she had proof, but she expressed how scared she was of losing her dream jobs both in the fire service and military, so she took responsibility and paid the money back blindly. Yet another example of Elizabeth taking full responsibility for something, and trying to what's best for others, even at her detriment.

Elizabeth has worked professionally with The Program, a leadership and team development company that works nationwide with college and professional athletes. She has impacted numerous men's and women's lives by sharing her story of becoming a female firefighter and one of the top operators in her field, as well as an Army reservist. Her ability to connect with young student-athletes and, through her passion, teach them how to communicate better, hold each other accountable, and, most importantly, hold themselves to the highest standards, was uncanny.

As I talk about standards, I would like to highlight that Elizabeth Suarez has taken full responsibility for her unintentional mistakes and the outcome of this case. She stood before the US attorney and confidently defended herself, never blaming anyone else or pointing the finger at those truly responsible. With the deck stacked against her, an entire corrupt nonprofit organization, and her dishonest ex-husband who is still denying his part in this blaming it solely on her. Was there irresponsibility on her part? Yes. Was criminal/intentional? No. Regardless, Elizabeth took 100% responsibility from the beginning in 2019 and has already paid the price financially as well as emotionally.

I ask that you find mercy in your heart and see the truth for what it is, and sentence Elizabeth accordingly to allow her to continue to serve her community through the Military, her passion.

If you have any questions, want to speak to me directly, please feel free to contact me.

Thank you for your consideration.


Sebastian Cila
Leadership Instructor
The Program LLC
Better Leaders. More Cohesive Teams.
(631) 255-1110

February 15, 2023

To whom it may concern,

My name is Jason Stout. I am a Battalion Chief for a local Fire Department and a single father of two. I'm writing you today on behalf of my dear friend Elizabeth Suarez. Liz and I met back in 2018 while training for a Firefighter competition. We were both also going through very difficult divorces and had a lot in common. We became instant friends, helping each other cope and deal with difficult times in our lives, and pushing each other physically on the competition ground. She helped me through a dark time in my life, for which I will always be grateful. She treated my children like the aunt they never had. They loved spending time with her, and she always made them feel special, even in situations where they were the only children in attendance. As a single father, having your children feel comfortable, safe, and loved with someone is one of the most important characteristics you would want in a friend.

Liz has always had a work ethic that most of us could only dream of. Between the physical demands of the Fire Service, stress of owning and operating her own businesses, she still put herself through nursing school. Every aspect of her life has been toward helping others. Whether through physical fitness, Emergency medicine, and teaching other first responders the recognition and importance of mental health issues in our line of work, she has always put helping others as the driving factor. I know few people, if any others, that are more compassionate, hardworking, and service orientated, than Liz.

I understand the decision you must make carries a lot of weight. I hope this provides a more balanced view of someone I care for deeply. I also hope you can show compassion for someone who loves to serve others and help her continue to do so for many years to come.

Thank you,

Battalion Chief Jason W Stout

February 10, 2023

To Whom It May Concern,

I have known Liz Suarez since 2008. She was a student in two courses I teach at Virginia Intermont College in Bristol, VA. The courses are part of the Equine Studies program at VIC. Liz also did a six week special study session with me during the summer of 09'. At that time she had an interest in equine veterinary medicine and she spent that time with me in my practice as a veterinarian in Abingdon, VA.

Subsequent to that six weeks, I employed her part time as a rider to qualify an 8 yr. old Appendix QH stallion in open jumping for the 2010 World Quarter Horse Show.

I have found Liz to be a very intelligent, kind person, and a good student. She is punctual, responsible, and possesses a work ethic not found in all young people today.

She is an excellent rider and knows no fear, yet gives every consideration to the horse she is riding or training, to make sure it is well prepared and conditioned for expected performance.

Over the years, I have supported Liz from afar, and have learned that she continues to excel in her industries today. She has become like family to my wife and I and we aren't surprised by her success.

I believe Liz will continue to perform well in any activity she decides to pursue, and will be an invaluable asset to anyone with whom she associates.

Sincerely,

Jacob R. Haught, D.V.M.

# Young Equestrians Club of South Florida

January 24, 2023

To whom this may concern:

I am writing this letter of recommendation for Elizabeth Suarez. Liz has been an enthusiastic member of the Young Equestrians Club since it's inception in 2001. Her generosity and willingness to help others less fortunate was evident immediately. She was always the first to volunteer for the fundraisers for our riding scholarships to those without the means to afford lessons. Her bright and cheerful attitude and belief in others helped many to keep going.

In addition to being a solid citizen and extremely educated, this young woman can ride! In fact, she takes it all quite seriously and respectfully. She enjoys many disciplines of the sport and excels in all of them. With the years of hard work she has put in, she has had the opportunity to train with some of the most outstanding and dedicated professionals South Florida has to offer. Her natural talent and discipline, combined with the solid base of professional training, has given her the tools to be a contributing and successful member of society.

Kind regards,

*Kimberly Wolf-Tau*

Kimberly Wolf-Tau, President



February 11, 2023

Re: Elizabeth Suarez

To whom it may concern,

I employed Elizabeth in the position of US Performance Director from early 2018 through late 2021. Elizabeth's role was to provide business advice to fitness studios to improve their performance in the sales and operational areas.

Over the past several years, I have found Elizabeth to be a highly skilled, hardworking, self-starting and most importantly trustworthy employee from day one. Her results in the position were outstanding under difficult circumstances.

It was difficult to see her leave F45 Training, but I speak on behalf of the entire company when I say that we supported Elizabeth in her endeavors to pursue firefighting full time.

Elizabeth's communication style is consistent and open, and she has the ability to work equally well on her own or as a part of a team. She is a natural born leader and contributing member of society.

To this day, I hold Elizabeth in the highest regard as an employee, individual, and overall good person. I would recommend her to any future employer or organization without hesitation.

Yours truly,

Mark Richardson
Global Performance Director
F45 Training
Phone: 0417 248743



February 6, 2023

To Whom It May Concern:

I have known Elizabeth Suit Suarez, both personally and professionally for several years, and I can attest to her drive, focus and business acumen. I have also been witness to her humanity, her community engagement, and her selfless contribution to society in general. What she has achieved at such an early stage in her life is a testament to her tenacity and integrity. I have worked with her in many capacities, and she has always delivered.

Sincerely,

Roy Assad
Managing Partner, Human Capital Group

 

# INDIAN RIVER STATE COLLEGE FIRE ACADEMY

February 1, 2023

To Whom This May Concern,

It is my pleasure to write a letter of recommendation for one of our most esteemed graduates from the Indian River State College Fire Academy FireFighter Minimum Standards Training Program, Mrs. Elizabeth Suarez, (Class #148), who was appointed PT Leader and later awarded, "Most Outstanding Student" as well as the "Physical Fitness" awards by the entire staff. She graduated on April 28, 2016 and I have supported her throughout both her fire and nursing careers ever since.

The consensus from all thirty of our instructors suggest that she was a pleasure to work with and on every occasion demonstrated a passionate desire not only to become one of the finest students in her class (32 recruits), but reach a level of excellence few students ever dream of. During the thirteen week training program, she was respectful on every account, showed sincere care for her fellow recruits, participated in all drills, had a perfect record of attendance, excelled academically and successfully demonstrated her ability to perform the duties and responsibilities required of a firefighter.

I am confident that anyone will be impressed by her demeanor and overall good heartedness. She adds credibility to any organization and is what we consider, a professional in every sense of the word.

Please feel free to contact my office at any time should you have any further questions.

Respectfully,
Christopher Losee
(772) 462-4772
IRSC Minimum Standards Lead Instructor
SLCFD FF/EMT

 

# INDIAN RIVER STATE COLLEGE FIRE ACADEMY

February 4, 2023

To Whom It May Concern,

I am the Facility Coordinator for Indian River State College Fire Academy as well as a Driver Operator for Palm Beach County Fire Rescue. I had the privilege of first meeting and instructing Elizabeth Suarez while she attended the Fire Academy January through April of 2016, as well as working together for the same department in recent years.

Mrs. Suarez made it very evident from early on that she was serious about the program and excited to be a part of the fire service. Mrs. Suarez was among the top of her class in physical fitness from the beginning showing she was ready to accept the challenge that was in front of her. Not only was she physically prepared, her grades in the classroom and participation during lectures proved she was motivated and made it impossible to ignore her enthusiasm for the career she was pursuing. Mrs. Suarez's enthusiasm was infectious as she motivated and encouraged her classmates throughout the program working as both a squad leader and the physical training leader for her class.

Mrs. Suarez submitted a biography at the beginning of the program stating when she decides to do something it is "all or nothing" and she exemplified that daily during her time in the fire academy. Her hard work, passion and dedication during the program earned her not only the "Most Physically Fit" award but also the "Most Outstanding Recruit" award.

After graduating from IRSC, Mrs. Suarez was hired by Palm Beach County Fire Rescue where she continued to excel in the fire service. She was yet again awarded the "Most Outstanding Recruit" award as well as several "Life Saving" awards during her time with PBCFR and was nothing shy of an exemplary employee.


Raymond Cameron

Facility Coordinator
Indian River State College
Fire Academy
D/O E19 Special Operations
Palm Beach County Fire Rescue



*Mountain Empire Dressage Association*

February 8, 2023
To whom this may concern,

The Mountain Empire Dressage Association has used Elizabeth Suarez to judge countless schooling shows and teach some of their Ride-A-Test Clinics over the years.

The show management and the association officers are all always EXTREMELY pleased with the knowledge, commentary, flexibility, and cooperation demonstrated by Mrs. Suarez. She is very professional, provides an after-test individual commentary for each rider, explains concepts and corrections in a way that makes sense to the riders, and is very accommodating with regard to schedule changes, sitting out through periods of rain, taking rides out of order, etc.

MEDA is an association that caters to the beginner and amateur rider with the goal of encouraging these starters to stick with it through the often frustrating stages of learning dressage that one experiences either on a green horse or as a beginner rider. Mrs. Suarez is very supportive of this clientele and offers positive commentary to help these competitors improve rather than just pointing out their mistakes.

MEDA traditionally asks all competitors to complete a survey at each event. Participants' responses on past surveys gave Mrs. Suarez the highest scores possible (extremely satisfied) on all questions pertaining to the judge or the clinician. She has done an excellent job for MEDA as both a judge and a clinician, and MEDA looks forward to retaining her services again in the future.

Please don't hesitate to contact me should you have any questions. I can be reached at
moccasinridges@wildblue.net

Sincerely,

Betty Lou Domjahn
Vice-President, Mountain Empire Dressage Association



February 18, 2023

To Whom It May Concern:

I am delighted to write this letter of recommendation on behalf of Elizabeth Suarez. It is hard to believe that I have known Elizabeth for the past 7 years. I met Elizabeth as she started her journey to become a firefighter/paramedic. During the past 7 years, I have watched her rise from an uncertified volunteer with a dream of being a professional firefighter/paramedic, to a highly motivated, trained and capable member of our fire department team. I am a Captain with our fire department, Palm Beach County Fire Rescue, and help with the training of our new members. I have direct knowledge of Elizabeth's skills, abilities, personality, drive and determination from both training together as well as working together. Once this young lady puts her mind to something, it's not if she will achieve it, but when she will achieve it. This is shown in the simple fact that in the time I have known her, she has become a professional firefighter/paramedic, a combat medic for the Army National Guard and a licensed registered nurse. Not only is she highly educated, but she is extremely capable to perform the duties in which she has been trained. She is extremely strong physically and mentally. I believe she is the type of person that would be an excellent addition to any team. I've been in the fire service for 28 years and I have a full understanding of the components needed for a highly motivated, successful team. I am extremely confident that Elizabeth has the desire, compassion, motivation and capabilities that anyone would seek out in a person. In closing, I feel it necessary to tell you how much love she has for our great country. She is the example of what a true American should be.

Sincerely,

Captain Jason Martino

Palm Beach County Fire
Rescue

February 18, 2023

To whom it may concern,

      Please accept this letter of recommendation for Elizabeth Suarez. Mrs. Suarez worked with me for almost 4 years at Palm Beach County Fire Rescue where she received accommodations for Most Outstanding Recruit in her Recruit Academy Class, a Resuscitation Award and two Life Saving Awards.

      Mrs. Suarez was always early to work every shift, displayed professionalism at all times and was an avid self-starter for any work that needed to be done around the station. Her leadership characteristics were always on display, leading by example and trying to be the hardest worker in the room, thus being recognized so often for those leadership qualities. Mrs. Suarez was also compassionate with all of her patients, never ceasing to do the right thing as a positive advocate for all patients she came in contact with. Her kindness, selflessness, and priority to put her patient's first was obvious to anyone who worked with her.

      Mrs. Suarez will surely be a great addition to any team if given the opportunity to do so, and I hope that any judgement placed on Mrs. Suarez takes this letter into serious consideration when doing so.

Sincerely,

Lt. Greg Tabeek

Palm Beach County Fire Rescue

954-445-7065

2513 S Dixie Highway
West Palm Beach, FL 33401
561.331.2983
info@r3health.com

February 6, 2023

Re: Mrs. Elizabeth Suarez Letter of reference/character

To Whom It May Concern:

I have had the privilege of knowing and working with Mrs. Suarez since 2013. She first was introduced to me as an EMT/paramedic student for which she spent time working and completing her clinical rotation in my office. It was here that I first witnessed her true passion to help people, a selflessness about her and desire to advance her education and career. Early on, it was easy to see how she was genuinely interested in learning and furthering her medical knowledge base. Mrs. Suarez entered her clinical training with an above average medical knowledge base that made her excel in her training. She also displayed essential interpersonal characteristics such as a strong work ethic, concise organizational and time management skills, and innate compassion level that made both colleagues, employees, and patients feel comfortable and at ease.

Mrs. Suarez often went above and beyond her normal duties and often aided in tasks that were well beyond her scope of practice. It was for this reason that I decided to bring her on as an employee, and it was a very easy and great decision. Since she began working with me, she has excelled in many areas and also has advanced in her clinical capabilities and role. This is to include obtaining her RN license and degree.

Mrs. Suarez is a highly effective communicator and works well in a multi-team healthcare approach to medicine. Mrs. Suarez regularly goes above and beyond to ensure that co-workers and patients feel and perform their best.

It is without hesitation that I would recommend her for any employment position with any company as she not only completes her job well, but also helps others around her perform their best. Mrs. Suarez's contribution to the medical field is a prime example of her overall contribution to society.

Any questions or concerns, please do not hesitate to reach out to me directly.

Sincerely,
Joseph Radich
Founder & Clinical Director R3 Health

James Slife
The Program
Feb. 15, 2023

Elizabeth Suarez
Leadership Instructor
The Program

To whom it may concern:

My name is James Slife, Jamey, and I am a retired Marine of 23 years. I am now a Principal owner and Lead Instructor for The Program LLC. The Program is a leadership and team-building company, and we work with 160 athletic and corporate teams. Our mission is "We Develop Great Teammates and Leaders to Create World Class Teams." I am writing this letter of recommendation on behalf of Elizabeth Suarez. I met Elizabeth when I hired her as a contractor with The Program. Her resume was incredible; she was a Fire Fighter (Paramedic) that challenged the Nursing program. In addition, she was trying out for the Special Forces by assessing for the selection when I met her.

Elizabeth was one of the most physically, mentally, and emotionally tough women I had ever met. Her ability to stay mission-focused in the face of adversity was impressive. As she came on The Program, I had the privilege of working on more than 15 events with her over the five years she worked for us. Five of the events were working with CEO's and top executives from some of the largest companies in Mexico. Elizabeth inspired, taught, and demonstrated leadership for the executives. She was by name requested back to follow on events and proved to be a valuable asset for our company, The Program.

Elizabeth has excellent communication skills. Her written work is clear, concise, and interesting to read. She demonstrated her oral articulateness in the classroom portions of our leadership training, which were an integral part of our training. Each experiential section of training focused on an emotional, physical or mental challenge. Clients were required to analyze the problematic leadership reaction course (series of obstacles) and develop a course of action for their team to solve in the least amount of time to accomplish the mission and make it to an extract. Elizabeth was responsible for analyzing the leader's reactions during adversity and coaching them so they grew as teammates and leaders. Ultimately as a team. Elizabeth was proficient in applying real-life experiences to the athlete's or executives' experiences and creating an environment that forever changed lives. Elizabeth was one of the best at doing this.

At a personal level, Elizabeth is a well-disciplined, initiative-based athletic wife and soon-to-be mother with a pleasant personality. Elizabeth served the community as a Firefighter and a Nurse. She is a remarkable woman to know and call a friend. She is an inspiration to girls and women of all

Elizabeth Suarez
Date
Page 2

ages. She is a self-made professional and always puts others first. She went well beyond the Program's requirements as an instructor and a personal friend to me and other teammates. If her performance as an instructor, Fire Fighter, Nurse, and Gym Owner is a good indication of how she has lived, she would be an extremely positive example if Grace could be shown.

If I can be of any further assistance, or provide you with any further information, please do not hesitate to contact me, 910.391.8216.

Sincerely,

*[signature]*

James Slife
Retired Marine/The Program Instructor



DEPARTMENT OF THE AIR FORCE
AIR FORCE RESERVE COMMAND

12 February 2023

LETTER OF REFERENCE

FROM: DAVID HARROW, Capt, 45th AES

SUBJECT: MRS. ELIZABETH G. SUAREZ

1. Whereas I have known Mrs. Suarez both personally and professionally for the past 5 years, I feel qualified to speak to her character.

2. Mrs. Suarez has a level of moral conviction that is second to none. While her strong personality can at times be confused for arrogance, it is nothing more than an unwavering dedication to the community and country that she has courageously and selflessly served for the past several. Mrs. Suarez expects the same from those around her and will always hold herself to that high standard. If Mrs. Suarez ever does wrong, she admits her mistake and makes it right. This is a strength seldom seen in our society.

3. Mrs. Suarez continues to give to and support the first responder and military community through personal and professional efforts. Her professional enterprises have proven to be a haven for these communities where they feel safe, accepted, encouraged and empowered.

4. On a personal level, Mrs. Suarez has seen me and supported me through some of my darkest hours following a recent deployment. Mrs. Suarez understands the military community, our needs and fears. She supported me with resources and being a patient friend who knew when to just listen.

5. In a time when such true and unbiased advocates for our community are difficult to find, I pray that the court finds leniency and if possible and allows her to continue to work with these groups. It would provide a needed boost that is constantly needed. I know she desires to continue to serve her community and country. It would be an honor to continue to serve alongside her or even have her under my command in the military.

6. If you have any questions or concerns, please feel free to contact me at any time as I would love to discuss this matter further.

V/R

HARROW.DAVID.RICHARD.1546832070
Digitally signed by HARROW.DAVID.RICHARD.1546832070
Date: 2023.02.12 11:20:32 -05'00'

DAVID R. HARROW, Captain. USAF
Officer in Charge Operations
45th Aeromedical Evacuation Squadron
MacDill AFB, Tampa, FL
561.843.5955
David.harrow@us.af.mil
harrowd@gmail.com