UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80185-CR-MIDDLEBROOKS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) |
| **ELIZABETH GENNA SUAREZ,** | ) |
|     f/k/a "Elizabeth Mirson Suit," | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**<u>RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM,
REQUEST FOR DEPARTURE AND REPLY TO GOVERNMENT'S
RESPONSE TO DEFENDANT'S OBJECTIONS</u>**

  The United States files this limited response to the defendant's filing at Docket Entry 57. The position of the United States has been largely established elsewhere, in its Notice of Objection to Presentence Investigation Report (DE 51), its Response in Opposition to Defendant's Objections to Presentence Investigation Report (DE 52), and its Supplement to Notice of Objection to Presentence Investigation Report (DE 56).

  The United States files this limited response to refute the defendant's claim that "the substance of the letters was not changed" (DE 57 at 2.) The Court has been presented with copies of the original letters by Greg Tabeek and Raymond Cameron, and a comparison to the versions submitted by the defendant shows their substantive alteration.

1

**Greg Tabeek's original letter**

> Mrs. Suarez was always early to work every shift, displayed professionalism at all time and was an avid self-starter for any work that needed to be done around the station. Her leadership characteristics were always on display, leading by example and trying to be the hardest worker in the room. Mrs. Suarez was also compassionate with all of her patients, never ceasing to do the right thing as a positive advocate for all patients she came in contact with. Mrs. Suarez will surely be a great addition to your team if given the opportunity to do so.

(DE 51-1 at 10.)

**Letter submitted by defendant**

> Mrs. Suarez was always early to work every shift, displayed professionalism at all times and was an avid self-starter for any work that needed to be done around the station. Her leadership characteristics were always on display, leading by example and trying to be the hardest worker in the room, thus being recognized so often for those leadership qualities. Mrs. Suarez was also compassionate with all of her patients, never ceasing to do the right thing as a positive advocate for all patients she came in contact with. Her kindness, selflessness, and priority to put her patient's first was obvious to anyone who worked with her.
>
> Mrs. Suarez will surely be a great addition to any team if given the opportunity to do so, and I hope that any judgement placed on Mrs. Suarez takes this letter into serious consideration when doing so.

(DE 46-1 at 13.)

These letters differ materially. The defendant made several significant additions beyond changing her name and date:

- "thus being recognized so often for those leadership qualities"

- "Her kindness, selflessness, and priority to put her patient's [sic] first was obvious to anyone who worked with her."

- "I hope that any judgment placed on Mrs. Suarez takes this letter into serious consideration when doing so."

**Raymond Cameron's original letter (2016)**

> Since graduation from IRSC I have learned she has continued her education and is finishing her Nursing degree and will soon be taking the Paramedic exam. Ms. Mirson has also joined the Palm Beach County Fire Rescue Reserve Battalion where she has been furthering her training in the fire service.
>
> I believe Ms. Mirson would be a valuable member to your organization.

(DE 56-1 at 6.)

**Letter submitted by defendant**

> After graduating from IRSC, Mrs. Suarez was hired by Palm Beach County Fire Rescue where she continued to excel in the fire service. She was yet again awarded the "Most Outstanding Recruit" award as well as several "Life Saving" awards during her time with PBCFR and was nothing shy of an exemplary employee.

The concluding paragraph of the letter submitted by the defendant differs in its entirety from the original letter written by Raymond Cameron. Of course, had the defendant not altered this paragraph, it would have laid bare her falsification of the date and her name, as the concluding paragraph in the original 2016 letter spoke of things that had long since come to fruition by February 2023.

The United States maintains that the two-level enhancement under U.S.S.G. § 3C1.1 was properly applied by the U.S. Probation Office in its amended Presentence Investigation Report. The United States also submits that these letters demonstrate the need for a significant sentence to promote respect for the law and provide just punishment for the defendant. The United States is also concerned about protecting the public from further crimes of the defendant, as her continued

deception to the Court after the commission of the crimes, and the similar nature of her previous conviction, speak to her likelihood to recidivate.

                              Respectfully submitted,

                              MARKENZY LAPOINTE
                              UNITED STATES ATTORNEY

By:   /s/ Alexandra Chase
        ALEXANDRA CHASE
        ASSISTANT UNITED STATES ATTORNEY
        District Court No. A5501746
        500 South Australian Avenue, Suite 400
        West Palm Beach, Florida 33401
        Tel: (561) 209-1011
        Fax: (561) 659-4526
        alexandra.chase@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                              /s/ Alexandra Chase
                              ALEXANDRA CHASE
                              Assistant United States Attorney